| | |
|---|---|
| 1 | JASON M. FRIERSON |
| | United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 7709 |
| 3 | KIMBERLY M. FRAYN |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6336 / Fax: (702) 388-5087 |
| | Kimberly.Frayn@usdoj.gov |
| 6 | *Attorneys for United States of America* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-00687-NJK |
| THE RESIDENCE LOCATED AT 8350 STEIULING HTTRBOR COURT, LAS VEGAS, NEVADA 89117. | **Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:24-cr-00207-GMN-MDC.

DATED: January 14, 2025.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE RESIDENCE LOCATED AT 8350 STERLING HARBOR COURT, LAS VEGAS, NEVADA 89117. | Case No. 2:19-mj-00687-NJK<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** January 17, 2025

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1